**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2358**

DEQUILLA WALKER,

Plaintiff - Appellant,

v.

CHARLOTTE-MECKLENBURG SCHOOLS,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., Chief District Judge. (3:09-cv-00035-RJC-DCK)

Submitted: February 10, 2010     Decided: February 22, 2010

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dequilla Walker, Appellant Pro Se. Mary H. Crosby, Keith Michael Weddington, PARKER, POE, ADAMS & BERNSTEIN, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dequilla Walker appeals a district court order and judgment dismissing her complaint against the Charlotte-Mecklenburg Schools. We have reviewed the record and the opinion and affirm for the reasons cited by the district court. See Walker v. Charlotte-Mecklenburg Schools, No. 3:09-cv-00035-RJC-DCK (W.D.N.C. Nov. 9, 2009). We also find the magistrate judge did not abuse his discretion in denying Walker's motion to amend the complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED